IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY GRASTY,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 11-1778** |
| | : | |
| **WORLD FLAVORS, INC., ET AL.,** | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this _____ day of August, 2011, upon consideration of Defendants' Motion to Dismiss (Doc. 8) and Plaintiff's Response in Opposition thereto (Doc. 9), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to **AMEND** his Complaint with respect to his Worker's Compensation Retaliation claim within fourteen (14) days of the date of this Order.[1]

BY THE COURT:

/S/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] The Court determined that Plaintiff failed to establish a prima facie case for worker's compensation retaliation. However, given the liberal light in which Plaintiff's claims should be considered at this stage, the Court denied Defendants' Motion to Dismiss this claim and, instead, grants Plaintiff leave to amend her Complaint.

-1-